**Discharge 5/29/2024 [ECF 14] Case closed 6/3/2024 [ECF 16]. Motion filed 10/6/2025 [ECF 18]. Reopening per 11 U.S.C. §350(b) would not result in administration of assets [ECF 13] or relief to debtor. Discharge revocation time barred. 11 U.S.C. §727(e). No other cause to reopen pled.**



———————————————
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
December 24, 2025

___

# ORDER GRANTING MOTION TO REOPEN CASE AND TO SET ASIDE DISCHARGE ORDER

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:

HONG JUN EOM,                              Case No. 24-10844-ABL

Debtor.                                    Chapter 7

**ORDER GRANTING MOTION TO REOPEN CASE AND TO SET ASIDE DISCHARGE ORDER**

Upon consideration of the Motion to Reopen Case and to Set Aside Discharge Order filed on October 6, 2025, by Duke Park, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The above-captioned bankruptcy case is REOPENED for further proceedings.

2. The Clerk of Court shall reinstate the case for administration in accordance with this Order.

3. The Court shall schedule additional hearings or issue further orders as deemed appropriate regarding the discharge order and related matters.

1

IT IS SO ORDERED.

DATED: October 6, 2025

_____

Hon. August B. Landis

United States Bankruptcy Judge

Submitted by:

DUKE PARK

Movant, Pro Se

1392 Via Merano St, Henderson, NV 89052

dukepark@me.com

2